UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ESTER ANN BACA, | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
|---|---|
| Plaintiff, | |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | CASE NUMBER: 1:16-CV-00891-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: June 24, 2016

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean