BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER ANN BACA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-00891-EPG<br><br>ORDER FOR AN EXTENSION OF TIME |

    This case comes before the Court on the parties' stipulation (Doc. 10) that Defendant shall have an extension of time to November 22, 2016 to file the answer. For good cause, Defendant is granted a 14-day extension of time to assemble, produce, and file the CAR.

IT IS SO ORDERED.

Dated: **November 10, 2016**        /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE