Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ESTER ANN BACA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTER ANN BACA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.:   1:16-cv-00891-EPG <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Ester Ann Baca ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to February 1, 2017; and that Defendant shall have until March 8, 2017, to provide a response.

An extension of time for plaintiff is needed.  As the Court is aware, the spouse of the associate in Counsel's firm who this matter is assigned, recently passed away.  Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his absence to meet his professional obligations, Counsel required the additional time to prepare and provide Defendant with Plaintiff's Settlement Letter.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 1, 2017        Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ *Steven G. Rosales*
BY: _____
           Steven G. Rosales
           Attorney for plaintiff ESTER ANN BACA

DATE:  February 1, 2017        BENJAMIN WAGNER
                                 United States Attorney
                                 Donna L. Calvert
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */S/- Chantal R. Jenkins
                             _____
                                 Chantal R. Jenkins
                                 Special Assistant United States Attorney
                                 Attorney for Defendant
                                 [*Via email authorization]

**Order**

Based on the above stipulation, IT IS HEREBY ORDERED that Plaintiff may have an extension of time to provide Defendant with Plaintiff's Settlement Letter Brief up to and including February 1, 2017; Defendant may have an extension of time to March 8, 2017 to serve her response. All other deadlines in the scheduling order are continued accordingly.

IT IS SO ORDERED.

Dated:   **February 6, 2017**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE