# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BACA,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | **Case No. 1:16-cv-00891-EPG**<br><br>**AMENDED ORDER FOR EXTENSION OF BRIEFING SCHEDULE[1]**<br><br>(ECF No. 17) |

The parties have filed a stipulation to extend the amount of time for Plaintiff Ester Baca to file her opening brief. Good cause appearing therein, the request is GRANTED. Plaintiff shall file an opening brief no later than **May 8, 2017**. Defendant shall file her brief in opposition no later than **June 7, 2017**. Plaintiff may file a reply brief no later than **June 21, 2017**.

IT IS SO ORDERED.

Dated: **April 11, 2017**                           /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] This order has been amended to correct a typographical error in Plaintiff's name. The respective case deadlines remain unchanged.