BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTER ANN BACA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-00891-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to June 21, 2017 to respond to Plaintiff's opening brief. Defendant's counsel requests this additional time because she recently sustained a repetitive strain injury from typing, has to attend physical therapy and is working at a reduced pace.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| Dated: June 7, 2017 | | */s/ Steven Rosales by Chantal R. Jenkins\** <br> Steven Rosales <br> *As authorized by Nancy Perez via email on June 7, 2017 <br> Attorney for Plaintiff |
| Dated: June 7, 2017 | | BENJAMIN B. WAGNER <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | By: | */s/ Chantal R. Jenkins* <br> CHANTAL R. JENKINS <br> Special Assistant United States Attorney |

## ORDER

For the reasons provided in the parties' stipulation, good cause appears for an extension of time to June 21, 2017 to respond to Plaintiff's opening brief. The Court's Scheduling Order is modified accordingly.

IT IS SO ORDERED.

Dated: __**June 8, 2017**__                    /s/ Eric P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE